# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF MASSACHUSETTS
# CENTRAL DIVISION

```
_____
                              )
   In re:                     )    Chapter 11
                              )    Case No. 05-40809-HJB
   ACCESS CARDIOSYSTEMS, INC.,)
                              )
        Debtor                )
_____)
                              )
   ACCESS CARDIOSYSTEMS, INC.,)    Adversary Proceeding
   NORTH AMERICAN             )    No. 05-4076-HJB
   ENTERPRISES, INC., JOHN    )
   MORIARTY AND ASSOCIATES,   )
   JOHN J. MORIARTY, RICHARD F.)
   CONNOLLY, JR., AND JOSEPH R.)
   ZIMMELL,                   )
                              )
        Plaintiffs,           )
                              )
   OFFICIAL COMMITTEE OF      )
   UNSECURED CREDITORS OF     )
   ACCESS CARDIOSYSTEMS, INC.,)
                              )
        Plaintiffs-Intervenors,)
                              )
   v.                         )
                              )
   RANDALL FINCKE,            )
                              )
        Defendant             )
_____)
```

**ERRATA**

The Memorandum of Opinion, issued on April 17, 2009, should be amended as follows:

1

On page 15, footnote 31, replace "Nielson" with "Nielsen".

On page 17, replace "Nielson" with "Nielsen".

On page 70, footnote 79, replace "Id. at 74-75; see also id. at 32, 86-88" with "Cytyc, 2005 WL3801468, at *20; see also id., at *9 n.23".

Dated: May 21, 2009                                Henry J. Boroff
                                                   United States Bankruptcy Judge